UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SEAN MONROE (#294086)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 12-798-SDD-SCR

## RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated May 13, 2013.  Plaintiff has filed an objection which the Court has considered.

**THE COURT HEREBY** approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion to Dismiss* is granted in part, dismissing the Plaintiff's claims against Warden N. Burl Cain and Asst. Warden Kenneth Norris, and in all other respects the *Motion to Dismiss* is denied and this matter is referred back to the Magistrate Judge for further proceedings on the Plaintiff's deliberate medical indifference claim against Dr. Jonathan Roundtree.

**FURTHER**, the Court declines to exercise supplemental jurisdiction over any state law claim.

Baton Rouge, Louisiana, May  29  , 2013.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA